THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS ROGALL, Appellant, v. AARON JACOBY, Sheriff of the County of Kings, Respondent.* — Order dismissing writ of habeas corpus reversed on the law and the facts, without costs, writ sustained, and relator discharged from custody. When the subpoena was issued in

* Affd., 264 N. Y. 485.

February, 1933, requiring relator to attend as a witness in proceedings supplementary to execution, those proceedings had lapsed. (*Matter of Mancaruso* v. *Cuthbert*, 224 App. Div. 754; *Matter of Otten* v. *Stromeyer*, *No. 1*, 228 id. 360; *Matter of Walmor, Inc.*, v. *Markel*, 240 id. 1007.) The court had no jurisdiction of the subject-matter and, therefore, had no power to entertain a motion to punish relator for contempt for a violation of the order of June 18, 1931. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.